395 A.2d 993

Noll, Appellant, v. Whipple.

451

Argued September 12, 1978.  Donald F. Krank, for appellant;  Kenneth C. Notturno, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.